IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROWENA MARTIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-0718 |
| § | |
| ST. LUKE'S EPISCOPAL HOSPITAL, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Based on the Memorandum and Opinion issued this date granting the motion for summary judgment filed by the defendants, St. Luke's Episcopal Hospital and its affiliated entities, this case is dismissed, with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on September 23, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge